# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KADEEM DEMUND LEWIS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-18 |
| | * | |
| v. | * | |
| | * | |
| THE UNITED STATES, et al., | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward."[1] Dkt. No. 6 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this

---

[1] The Court presumes this mailing was returned as undeliverable due to Plaintiff's transfer or release. Plaintiff's failure to notify the Court of any change in address provides another reason to dismiss his Complaint. Local R. 11.1; Dkt. No. 4 at 3.

AO 72A
(Rev. 8/82)

Court's Order and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 21 day of June, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA